















JPP   11/6/01   10:39

3:01-CV-02031   SAFETY SYRINGES INC V. BECTON DICKINSON

*1*

*CMP.*

ORIGINAL

FILED

01 NOV -6 AM 8: 52

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

1   LYON & LYON LLP
    A Limited Liability Partnership
2   Including Professional Corporations
    JAMES W. GERIAK (Bar No. 32871)
3   HOPE E. MELVILLE (Bar No. 145100)
    WILLIAM A. ENGLISH (Bar No. 193634)
4   1900 Main Street, Sixth Floor
    Irvine, California 92614-7319
5   Telephone: (949) 567-2300
    Facsimile: (949) 567-6600
6
    LYON & LYON LLP
7   G. PETER ALBERT (Bar No. 211248)
    4225 Executive Square, Suite 800
8   La Jolla, California 92037
    Telephone:  (858) 552-8400
9   Facsimile:  (858) 552-0159

10  Attorneys for Plaintiff,
    SAFETY SYRINGES, INC.

11

12                  UNITED STATES DISTRICT COURT

13                 SOUTHERN DISTRICT OF CALIFORNIA

14                      '01 CV 2031 J  (NLS)

15  SAFETY SYRINGES, INC., a      ) Case No.:
    Delaware corporation,         )
16                                ) COMPLAINT FOR PATENT
              Plaintiff,          ) INFRINGEMENT
17                                )
         v.                       )
18                                ) DEMAND FOR JURY TRIAL
    BECTON, DICKINSON AND COMPANY, a )
19  New Jersey corporation,       )
                                  )
20            Defendant.          )
                                  )
21                                )
                                  )
22                                )
                                  )
23  _____ )

24        Plaintiff, Safety Syringes, Inc. ("Safety Syringes"), files

25  this Complaint against the above-named defendant, Becton,

26  Dickinson and Company ("Defendant"), and demanding a trial by

27  jury, and alleges as follows:

28
    OC-95393.1                    COMPLAINT FOR PATENT INFRINGEMENT

LYON & LYON LLP
1900 MAIN STREET, SIXTH FLOOR
IRVINE, CALIFORNIA 92614-7319
(949) 567-2300

## JURISDICTION AND VENUE

1.   This action for patent infringement arises under the patent laws of the United States, Title 35, United States Code.

2.   Subject matter jurisdiction is vested in this Court by 28 U.S.C. §§ 1331 and 1338.

3.   Venue is proper under 28 U.S.C. §§ 1391(b), (c) and 1400(b).

## THE PARTIES

4.   Plaintiff, Safety Syringes, is a corporation incorporated under the laws of the State of Delaware, having its principal place of business at 1939 Palomar Oaks Way, Suite A, Carlsbad, California 92009.

5.   Based on information and belief, Defendant, Becton, Dickinson and Company, is a corporation organized to do business under the laws of the State of New Jersey, with its principal place of business at 1 Becton Drive, Franklin Lakes, New Jersey 07417.

6.   Based on information and belief, Defendant is engaged in the business of manufacturing, promoting, importing, offering for sale and selling injection devices, including needle shield and other safety devices for use with injection devices, throughout the United States.

7.   Based on information and belief, Defendant is doing business and resides in the Southern District of California, and has committed acts of infringement in this district, and is causing economic injury to Safety Syringes in this district.

LYON & LYON LLP
1900 MAIN STREET, SIXTH FLOOR
IRVINE, CALIFORNIA 92614-7319
(949) 567-2300

2

## CAUSE OF ACTION FOR PATENT INFRINGEMENT

8.   Safety Syringes repeats, realleges, and incorporates by reference, as though fully set forth herein, the allegations contained in paragraphs 1 through 7.

9.   On November 6, 2001, U.S. Reissue Patent No. 37,439 entitled "Disposable Self-Shielding Aspirating Syringe" ("the '439 Patent") was duly and legally issued naming John R. Firth and Anthony R. Perez as inventors.

10.  By virtue of proper assignment, Safety Syringes has acquired and duly owns all right, title, and interest in this patent, including the right to sue and recover for infringement thereof.

11.  On information and belief, Defendant has manufactured, used, sold, offered for sale, and/or distributed devices within the United States, and/or imported devices into the United States, that infringe one or more claims of the '439 Patent, either directly, contributorily, or by inducement, or otherwise, in violation of 35 U.S.C. § 271.  On information and belief, such unlawful infringing acts by Defendant are continuing and will continue unless enjoined by this Court.

12.  Upon information and belief, by reason of Defendant's acts of infringement, Safety Syringes has suffered and is suffering damages, including impairment of the value of the '439 patent, in an amount yet to be determined.

13.  Upon information and belief, Defendant's acts of infringement are causing irreparable harm to Safety Syringes and will continue to cause irreparable harm unless enjoined by this Court.

3

LYON & LYON LLP
1900 MAIN STREET, SIXTH FLOOR
IRVINE, CALIFORNIA 92614-7319
(949) 567-2300

14.   Continuation of Defendant's infringing acts will have been committed willfully and with knowledge of Safety Syringes' patent rights and will result in violation of 35 U.S.C. § 284.

### PRAYER FOR RELIEF

WHEREFORE, Safety Syringes respectfully demands judgment:

1.   That Defendant has infringed and continues to infringe United States Reissue Patent No. 37,439;

2.   That preliminarily and permanently enjoins Defendant, its officers, directors, employees, agents, servants, assigns, representatives, successors, subsidiaries, divisions, affiliates, and/or any other person in active concert or participation with Defendant from making, using, selling, offering for sale, or importing infringing devices, and from otherwise infringing, contributing to the infringement of, and inducing infringement of United States Reissue Patent No. 37,439, and for all further and proper injunctive relief pursuant to 35 U.S.C. § 283;

3.   That awards Safety Syringes monetary damages from Defendant for any and all damages allowable by law for infringement and costs and applicable pre- and post-judgment interest to which Safety Syringes is entitled under 35 U.S.C. § 284;

4.   That the present case be found exceptional and that treble damages and attorneys' fees be awarded to Safety Syringes under 35 U.S.C. §§ 284 and 285; and

LYON & LYON LLP
1900 MAIN STREET, SIXTH FLOOR
IRVINE, CALIFORNIA 92614-7319
(949) 567-2300

4

1        5.   That Safety Syringes have such other and further

2    relief as the Court may deem equitable.

3                              Respectfully submitted,

4                              LYON & LYON LLP

5

6    Dated:   November 6, 2001      By _____

7                               James W. Geriak

8                              Attorneys for Plaintiff
                                      SAFETY SYRINGES, INC.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LYON & LYON LLP
1900 MAIN STREET, SIXTH FLOOR
IRVINE., CALIFORNIA 92614-7319
(949) 567-2300

1

## DEMAND FOR JURY TRIAL

2      Pursuant to Fed. R. Civ. P. 38(b), Plaintiff Safety

3  Syringes, Inc. hereby demands a trial by jury on all issues

4  triable in this action.

5                                  Respectfully submitted,

6                                  LYON & LYON LLP

7

8  Dated:  November 6, 2001        By_____

9                                     James W. Geriak

10                                 Attorneys for Plaintiff
                                   SAFETY SYRINGES, INC.

11

LYON & LYON LLP
1900 MAIN STREET, SIXTH FLOOR
IRVINE, CALIFORNIA 92614-7319
(949) 567-2300

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

6

| TO:                                                                              | REPORT ON THE                                                  |
|----------------------------------------------------------------------------------|---------------------------------------------------------------|
| **Commissioner of Patents and Trademarks**<br>**Washington, D.C. 20231**         | **FILING OR DETERMINATION OF AN**<br>**ACTION REGARDING A PATENT** |

In compliance with the Act of July 19, 1952 (66 Stat. 814; 35 U.S.C. 290) you are hereby advised
that a court action has been filed on the following patent(s) in the U.S. District Court:

| DOCKET NO.<br>01-CV-2031 J(NLS) | DATE FILED<br>11-06-01 | U.S. DISTRICT COURT<br>   United States District Court, Southern District of California |
|---|---|---|
| PLAINTIFF<br><br>Safety Syringes, Inc. | | DEFENDANT<br><br>Becton, Dickenson and Company |

| PATENT NO. | DATE OF PATENT | PATENTEE |
|---|---|---|
| 1 see complaint (enclosed) | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following patent(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment    ☐ Answer    ☐ Cross Bill    ☐ Other Pleading | | |
|---|---|---|---|
| **PATENT NO.** | **DATE OF PATENT** | **PATENTEE** | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above-entitled case, the following decision has been rendered or judgment issued:

| DECISION/JUDGMENT |
|---|
| |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | | |

Copy 1 - Upon initiation of action, mail this copy to Commissioner   Copy 3 - Upon termination of action, mail this copy to Commissioner
Copy 2 - Upon filing document adding patent(s), mail this copy to Commissioner   Copy 4 - Case file copy

| TO: **Commissioner of Patents and Trademarks** **Washington, D.C. 20231** | **REPORT ON THE** **FILING OR DETERMINATION OF AN** **ACTION REGARDING A PATENT** |
|---|---|

In compliance with the Act of July 19, 1952 (66 Stat. 814; 35 U.S.C. 290) you are hereby advised
that a court action has been filed on the following patent(s) in the U.S. District Court:

| DOCKET NO. 01-CV-2031 J(NLS) | DATE FILED 11-06-01 | U.S. DISTRICT COURT United States District Court, Southern District of California |
|---|---|---|
| PLAINTIFF Safety Syringes, Inc. | | DEFENDANT Becton, Dickenson and Company |

| PATENT NO. | DATE OF PATENT | PATENTEE |
|---|---|---|
| 1 see complaint (enclosed) | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following patent(s) have been included:

| DATE INCLUDED | INCLUDED BY ☐ Amendment    ☐ Answer    ☐ Cross Bill    ☐ Other Pleading | | |
|---|---|---|---|
| PATENT NO. | DATE OF PATENT | PATENTEE | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above-entitled case, the following decision has been rendered or judgment issued:

| DECISION/JUDGMENT |
|---|
|  |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
|  |  |  |

*Copy 1 - Upon initiation of action, mail this copy to Commissioner   Copy 3 - Upon termination of action, mail this copy to Commissioner*
*Copy 2 - Upon filing document adding patent(s), mail this copy to Commissioner   Copy 4 - Case file copy*

| TO:<br><br>**Commissioner of Patents and Trademarks**<br>**Washington, D.C. 20231** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION REGARDING A PATENT** |
|---|---|

In compliance with the Act of July 19, 1952 (66 Stat. 814; 35 U.S.C. 290) you are hereby advised
that a court action has been filed on the following patent(s) in the U.S. District Court:

| DOCKET NO.<br><br>01-CV-2031 J(NLS) | DATE FILED<br><br>11-06-01 | U.S. DISTRICT COURT<br><br>United States District Court, Southern District of California |
|---|---|---|
| PLAINTIFF<br><br>Safety Syringes, Inc. | | DEFENDANT<br><br>Becton, Dickenson and Company |

| PATENT NO. | DATE OF PATENT | PATENTEE |
|---|---|---|
| 1 see complaint (enclosed) | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following patent(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading | | |
|---|---|---|---|
| PATENT NO. | DATE OF PATENT | PATENTEE | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above-entitled case, the following decision has been rendered or judgment issued:

| DECISION/JUDGMENT |
|---|
| |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | | |

Copy 1 - Upon initiation of action, mail this copy to Commissioner  Copy 3 - Upon termination of action, mail this copy to Commissioner
Copy 2 - Upon filing document adding patent(s), mail this copy to Commissioner  Copy 4 - Case file copy

ORIGINAL

JS44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

| I (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| SAFETY SYRINGES, INC.<br>1939 Palomar Oaks Way, Suite A<br>Carlsbad, California 92009 | Becton, Dickinson and Company<br>1 Becton Drive<br>Franklin Lakes, New Jersey 07417 |

01 NOV -6 AM 8: 54

SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

**01 CV 2031 J (NLS)**

| (b) COUNTY OF RESIDENCE OF FIRST LISTED **San Diego**<br>PLAINTIFF<br>(EXCEPT IN U.S. PLAINTIFF CASES) | COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT<br>(IN U.S. PLAINTIFF CASES ONLY)<br><br>NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED |
|---|---|
| (c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)<br>JAMES W. GERIAK<br>Lyon & Lyon LLP<br>1900 Main Street, 6th Floor<br>Irvine, California 92614 | ATTORNEYS (IF KNOWN)<br>Not presently known |

## II. BASIS OF JURISDICTION (PLACE AN x IN ONE BOX ONLY)

- 1 U.S. Government Plaintiff
- X 3 Federal Question (U.S. Government Not a Party)
- 2 U.S. Government Defendant
- 4 Diversity (Indicate Citizenship of Parties in Item III

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN X IN ONE BOX
(For Diversity Cases Only)   FOR PLAINTIFF AND ONE BOX FOR DEFENDANT

| | PT | DEF | | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | 1 | 1 | Incorporated or Principal Place of Business in This State | 4 | 4 |
| Citizen of Another State | 2 | 2 | Incorporated and Principal Place of Business in Another State | 5 | 5 |
| Citizen or Subject of a Foreign Country | 3 | 3 | Foreign Nation | 6 | 6 |

## IV. CAUSE OF ACTION (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).

Patent infringement under Title 35, United States Code, Section 271

## V. NATURE OF SUIT (PLACE AN X IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | 610 Agriculture | 422 Appeal 28 USC 158 | 400 State Reapportionment |
| 120 Marine | 310 Airplane | 362 Personal Injury-Medical Malpractice | 620 Other Food & Drug | 423 Withdrawal 28 USC 157 | 410 Antitrust |
| 130 Miller Act | 315 Airplane Product Liability | 365 Personal Injury - Product Liability | 625 Drug Related Seizure of Property 21 USC 881 | **PROPERTY RIGHTS** | 430 Banks and Banking |
| 140 Negotiable Instrument | 320 Assault, Libel & Slander | | 630 Liquor Laws | 820 Copyrights | 450 Commerce/ICC Rates/etc. |
| 150 Recovery of Overpayment &Enforcement of Judgment | 330 Federal Employers' Liability | 368 Asbestos Personal Injury Product Liability | 640 RR & Truck | X 830 Patent | 460 Deportation |
| 151 Medicare Act | 340 Marine | **PERSONAL PROPERTY** | 650 Airline Regs | 840 Trademark | 470 Racketeer Influenced and Corrupt Organizations |
| 152 Recovery of Defaulted Student Loans (Excl. Veterans) | 345 Marine Product Liability | 370 Other Fraud | 660 Occupational Safety/Health | **SOCIAL SECURITY** | 810 Selective Service |
| 153 Recovery of Overpayment of Veterans Benefits | 350 Motor Vehicle | 371 Truth in Lending | 690 Other | 861 HIA (1395ff) | 850 Securities/Commodities Exchange |
| 160 Stockholders Suits | 355 Motor Vehicle Product Liability | 380 Other Personal Property Damage | **LABOR** | 862 Black Lung (923) | 875 Customer Challenge 12 USC |
| 190 Other Contract | 360 Other Personal Injury | 385 Property Damage Product Liability | 710 Fair Labor Standards Act | 863 DIWC/DIWW (405(g)) | 891 Agricultural Acts |
| 195 Contract Product Liability | | | 720 Labor/Mgmt. Relations | 864 SSID Title XVI | 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | 730 Labor/Mgmt. Reporting & Disclosure Act | 865 RSI (405(g)) | 893 Environmental Matters |
| 210 Land Condemnation | 441 Voting | 510 Motions to Vacate Sentence Habeas Corpus | 740 Railway Labor Act | **FEDERAL TAX SUITS** | 894 Energy Allocation Act |
| 220 Foreclosure | 442 Employment | 530 General | 790 Other Labor Litigation | 870 Taxes (U.S. Plaintiff or Defendant) | 895 Freedom of Information Act |
| 230 Rent Lease & Ejectment | 443 Housing/Accommodations | 535 Death Penalty | 791 Empl. Ret. Inc. Security Act | 871 IRS - Third Party 26 USC 7609 | 900 Appeal of Fee Determination Under Equal Access to Justice |
| 240 Tort to Land | 444 Welfare | 540 Mandamus & Other | | | 950 Constitutionality of State |
| 245 Tort Product Liability | 440 Other Civil Rights | 550 Civil Rights | | | 890 Other Statutory Actions |
| 290 All Other Real Property | | 555 Prisoner Conditions | | | |

## VI. ORIGIN (PLACE AN X IN ONE BOX ONLY)

- X 1 Original Proceeding
- 2 Removal from State Court
- 3 Remanded from Appellate Court
- 4 Reinstated or Reopened
- 5 Transferred from another district (specify)
- 6 Multidistrict Litigation
- 7 Appeal to District Judge from Magistrate Judgment

| VII. REQUESTED IN COMPLAINT: | CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23 | DEMAND $ | Check YES only if demanded in complaint:<br>JURY DEMAND: X YES • NO |
|---|---|---|---|

| VIII. RELATED CASE(S) (If ANY (See Instructions): | JUDGE | | Docket Number |
|---|---|---|---|
| DATE **November 5, 2001** | SIGNATURE OF ATTORNEY OF RECORD | | JAMES W. GERIAK |

::ODMA\PCDOCS\WORDPERFECT\22816\1 January 24, 2000 (3:10pm)

76564