








```
RYC    2/11/02    11:30
3:01-CV-2031 SAFETY SYRINGES INC V. BECTON DICKINSON
*8*
*ANSCNTCLM.*
```

LYON & LYON LLP
A Limited Liability Partnership
Including Professional Corporations
JAMES W. GERIAK (Bar No. 32871)
HOPE E. MELVILLE (Bar No. 145100)
WILLIAM A. ENGLISH (Bar No. 193634)
1900 Main Street, Sixth Floor
Irvine, California 92614-7319
Telephone: (949) 567-2300
Facsimile: (949) 567-6600

LYON & LYON LLP
G. PETER ALBERT, JR. (Bar No. 211248)
4225 Executive Square, Suite 800
La Jolla, California 92037
Telephone: (858) 552-8400
Facsimile: (858) 552-0159

Attorneys for Plaintiff,
SAFETY SYRINGES, INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAFETY SYRINGES, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>BECTON, DICKINSON AND COMPANY, a New Jersey corporation,<br><br>Defendant. | Case No. 01 CV 2031 J (NLS)<br><br>PLAINTIFF'S REPLY TO DEFENDANT'S COUNTERCLAIM FOR DECLARATORY JUDGMENT |

Plaintiff, Safety Syringes, Inc. ("Safety Syringes"), hereby replies to defendant Becton, Dickinson and Company's Counterclaim for Declaratory Judgment and admits, denies, and alleges as follows:



OC-103211.1

PLAINTIFF'S REPLY TO DEFENDANT'S
COUNTERCLAIM FOR DECLARATORY JUDGMENT
CASE NO. 01 CV 2031 J (NLS)

## COUNTERCLAIM

1. Safety Syringes admits that Defendant has filed a counterclaim for a declaratory judgment, but denies that Defendant does not infringe U.S. Reissue Patent No. 37,439 ("the '439 patent") and denies that the '439 patent is invalid.

### Parties and Jurisdiction

2. Admitted.

3. Admitted.

4. Admitted.

### Facts

5. Admitted.

6. Admitted.

7. Denied.

8. Denied.

9. Admitted.

10. Denied.

Dated: February 8, 2002

LYON & LYON LLP

By _____
G. Peter Albert, Jr.
Attorneys for Plaintiff
SAFETY SYRINGES, INC.

LYON & LYON LLP
1900 MAIN STREET, SIXTH FLOOR
IRVINE, California 92614-7319
(949) 567-2300

## PROOF OF SERVICE

I am employed in the County of San Diego, State of California. I am over the age of 18 and not a party to the within action. My business address is 4225 Executive Square, Suite 800, La Jolla, California 92037.

On February 8, 2002, I served the foregoing document described as **PLAINTIFF'S REPLY TO DEFENDANT'S COUNTERCLAIM FOR DECLARATORY JUDGMENT** on all other parties to this action in the manner described as follows:

(X)      BY MAIL - I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at La Jolla, California to the persons named below:

William F. Lee, Esq.
Wendy A. Haller, Esq.
HALE AND DORR, LLP
60 State Street
Boston, Massachusetts  02109

William G. McElwain, Esq.
Timothy Jezek, Esq.
HALE AND DORR, LLP
The Willard Office Building
1455 Pennsylvania Avenue, N.W.
Washington, D.C.  20004

Robert S. Brewer, Jr., Esq.
James S. McNeill, Esq.
MCKENNA & CUNEO, LLP
750 B Street, Suite 3300
San Diego, California  92101

Executed on February 8, 2002, at La Jolla, California. I declare under penalty of perjury that the above is true and correct.

*Linda Johnson*
Linda Johnson

3