















JRL    4/8/02    11:16

3:01-CV-02031   SAFETY SYRINGES INC V. BECTON DICKINSON

*23*

*O.*

1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| SAFETY SYRINGES, INC., | CASE NO. 01-CV-2031-J (NLS) |
| Plaintiff, | ORDER GRANTING LEAVE TO FILE CONSOLIDATED SECOND AMENDED COMPLAINT FOR PATENT INFRINGEMENT |
| vs. | |
| BECTON, DICKINSON AND COMPANY, | |
| Defendant. | |

This matter comes before the Court on Plaintiff's Consolidated Second Amended Complaint for Patent Infringement. By stipulation and order filed February 20, 2002, this Court consolidated this action with *Safety Syringes, Inc. V. Becton, Dickinson and Company*, Case No. 02-CV-0229-J (NLS). The parties, however, did not stipulate to the filing of a consolidated complaint.

However, given the consolidation of the two cases, which arise from similar facts but involve different patents, this Court finds it appropriate to proceed upon a consolidated complaint. The parties should therefore proceed upon the Consolidated Second Amended

24
25
26
27
28

23  - 1 -

01-CV-2031-J (NLS)

1  Complaint in accordance with the Federal Rules of Civil Procedure and the Civil Local

2  Rules of the Southern District of California.

3     **IT IS SO ORDERED.**

4

5  DATED: April 5, 2002 _____        _____

6                                              NAPOLEON A. JONES, JR.
                                                United States District Judge

7  cc: All Parties

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

01-CV-2031-J (NLS)