








```
AXR    6/11/03    10:52
3:01-CV-02031    SAFETY SYRINGES INC V. BECTON DICKINSON
*65*
*O.*
```

FILED

03 JUN 11 AM 9:32

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAFETY SYRINGES, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>BECTON DICKINSON AND COMPANY, a New Jersey corporation,<br><br>Defendant. | CIV. NO. 01CV2031-B (NLS)<br><br>ORDER VACATING AS MOOT PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT OF INFRINGEMENT FILED JUNE 10, 2002 |

On June 10, 2002, the Plaintiff filed a motion for summary judgment of infringement. This case was reassigned to Judge Brewster on July 30, 2002. In March, 2003, the Court held a *Markman* hearing and issued an Order construing the patent claims and terms for jury trial. The Plaintiff agrees that the Order construing the patent claims renders the earlier motion for summary judgment obsolete. Therefore, the Plaintiff's motion for summary judgment, filed June 10, 2002 (Docket Entry #31), is VACATED AS MOOT.

IT IS SO ORDERED.

DATED: December 23, 2002

_____
UNITED STATES SENIOR DISTRICT JUDGE

cc: All Parties
    Magistrate Judge

01-CV-2031