USDC SCAN INDEX SHEET










MAM    10/30/03    9:52

3:01-CV-02031    SAFETY SYRINGES INC V. BECTON DICKINSON

*77*

*O.*

FILED
03 OCT 29 PM 3:29
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: M. Marner DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAFETY SYRINGES, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>BECTON, DICKINSON AND COMPANY, a New Jersey corporation,<br><br>Defendants. | Civil No: 01CV2031-B(JMA)<br>02CV0229-B(JMA)<br><br>**ORDER SETTING BRIEFING SCHEDULE FOR PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT [74-1]** |

On October 17, 2003, Plaintiff filed a motion for summary judgment seeking that the Court find, as a matter of law, that Defendant is infringing claims 1-3 and 9-17 of U.S. Patent No. 6,344,032. See Doc. No. 74. Pursuant to Civil Local Rule 7.1(e), the Court **HEREBY ORDERS:**

(1) Defendant shall file any opposition to the above referenced motion on or before **December 8, 2003**;

(2) Plaintiff shall file any reply in support of the motion for summary judgment on or before **December 22, 2003**;

(3) the motion is set for **January 20, 2004 at 10:30 a.m.**

**IT IS SO ORDERED**

Dated: 10-27-03

HON. RUDI M. BREWSTER
United States District Judge

cc: Hon. Jan M. Adler
United States Magistrate Judge

All Counsel of Record