USDC SCAN INDEX SHEET










AXR    2/18/04    13:04

3:01-CV-02031    SAFETY SYRINGES INC V. BECTON DICKINSON

*88*

*O.*

04 FEB 17 PM 2:08

CLERK, US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

DEPUTY

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAFETY SYRINGES INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>v.<br><br>BECTON, DICKINSON AND COMPANY, a New Jersey Corporation,<br><br>    Defendants. | Civil No: 01CV2031-B(JMA)<br>02CV0229-B(JMA) |
| SAFETY SYRINGES, INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>v.<br><br>AVENTIS PHARMACEUTICALS, INC., a Delaware corporation,<br><br>    Defendants. | Civil No: 03CV1376-B(JMA)<br><br>**ORDER VACATING DATE FOR SUMMARY JUDGMENT MOTION AND SETTING STATUS CONFERENCE** |



1

01CV2031, 02CV0229, 03CV1376

Good reason showing, the Court **HEREBY VACATES** the March 1, 2004 hearing date set for Plaintiff Safety Syringes, Inc.'s motion for summary judgment. See Doc. No. 74. **On March 8, 2004 at 10:30 a.m.,** the Court will conduct a Status Conference with all parties in the above titled cases regarding the schedule for any motions for summary judgment the parties have filed or intend to file.[1]

**IT IS SO ORDERED**

Dated: 2-17-04

HON. RUDI M. BREWSTER
United States District Judge

cc: Hon. Jan M. Adler
United States Magistrate Judge

All Counsel of Record

---

[1] The parties shall be responsible for establishing a conference call and calling into the Court for the March 8, 2004 Status Conference.

2

01CV2031, 02CV0229, 03CV1376