Case 3:01-cv-02031-B-JMA   Document 118   Filed 08/16/04   Page 1 of 3

USDC SCAN INDEX SHEET










```
RYC    8/17/04    15:37
3:01-CV-02031   SAFETY SYRINGES INC V. BECTON DICKINSON
*118*
*O.*
```

04 AUG 16 AM 11:53

DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAFETY SYRINGES, INC., a Delaware corporation,<br><br>         Plaintiff,<br><br>v.<br><br>BECTON, DICKINSON AND COMPANY, a New Jersey Corporation,<br><br>         Defendants. | Civil No: 01CV2031-B(JMA)<br>         02CV0229-B(JMA)<br><br>**ORDER SETTING BRIEFING SCHEDULE RE: MOTIONS FOR RECONSIDERATION** |

On August 5, 2004, Plaintiff Safety Syringes, Inc. ("Safety Syringes") filed a motion for reconsideration of this Court's July 14, 2004 Order granting summary adjudication. On August 5, 2004, Defendant Becton, Dickinson and Company ("BD") also filed a motion for reconsideration of this Court's July 14, 2004 Order granting summary adjudication. Pursuant to Civil Local Rule 7.1(e), the Court **HEREBY ORDERS:**

(1) BD shall file its opposition, if any, to Safety Syringes' motion for reconsideration on or before **August 27, 2004**;

(2) Safety Syringes shall file a reply in support of its motion for reconsideration, if any, on or before **September 3, 2004**;

(3) Safety Syringes shall file its opposition, if any, to BD's motion for reconsideration on or before **August 27, 2004**;

(4) BD shall file a reply in support of its motion for reconsideration, if any, on or before **September 3, 2004**;

(5) The motion is set for **September 21, 2004 at 2:00 p.m.**[1]

**IT IS SO ORDERED**

Dated: 8-12-04

HON. RUDI M. BREWSTER
United States District Judge

cc: Hon. Jan M. Adler
United States Magistrate Judge

All Counsel of Record

---

[1] The hearing date, originally set for October 26, 2004, is moved to September 21, 2004 due to an opening in the Court's calendar.